JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**SIERRA MEDICAL SERVICES ALLIANCE, et al.,**

    Plaintiffs,

v.

**TOBY DOUGLAS, Director of the California Department of Health Care Services,**

    Defendant.

Case No. 10-CV-04182 CAS (MAN)

[PROPOSED] **JUDGMENT FOR DEFENDANT**

Pursuant to the Court's July 28, 2014 Order Granting Defendant's Motion for Summary Judgment, it is hereby ordered that JUDGMENT shall be entered in favor of Defendants as prevailing parties and against Plaintiffs. Costs shall be taxed against Plaintiffs.

Dated: August 11, 2014

*Christina A. Snyder*

The Honorable Christina A. Snyder

1